IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**MAGISTRATE JUDGE BOYD N. BOLAND**

Civil Action No.  10-cv-03140-WDM-BNB          Date: March 10, 2011
Courtroom Deputy: Geneva D. Mattei              FTR BNB COURTROOM A401


NATHAN ANDREW LAIDLEY,                          Donald Trinen

                    Plaintiff(s),

v.

CITY AND COUNTY OF DENVER,                      Franklin Nachman
                                                Robert Wolf

                    Defendant(s).


## COURTROOM MINUTES


**SCHEDULING CONFERENCE**

Court in Session:      8:29 a.m.

Appearances of counsel.

Court's opening remarks.

Discussion regarding the unopposed motion to vacate scheduling order.

**ORDERED:   Unopposed motion to vacate scheduling order [Doc. #10; filed 2/3/11] is
            granted for reasons stated on the record. The parties shall file a status report
            within 10 days of any ruling on dispositive motion.**

Court in Recess:       8:32 a.m.      Hearing concluded.       Total time in court: 00:03

* To obtain a transcript of this proceeding, please contact Avery Woods Reporting at (303) 825-6119.