IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Boyd N. Boland

Civil Action No. 10-cv-03140-WDM-BNB

NATHAN ANDREW LAIDLEY, on his own behalf and on behalf of a class of others similarly situated,

Plaintiff,

v.

CITY AND COUNTY OF DENVER, a Colorado municipal corporation,

Defendant.

_____

**ORDER**
_____

This matter arises on the **Unopposed Motion to Vacate Scheduling Order** [Doc. # 10, filed 2/3/2011] (the "Motion to Stay"). I understand the Motion to Stay to seek a stay of discovery pending a ruling by the district judge on the Defendant's Motion to Dismiss or, In the Alternative, for Summary Judgment [Doc. # 9] (the "Dispositive Motion").

IT IS ORDERED:

(1) The Motion to Stay [Doc. # 10] is GRANTED, and discovery is stayed pending a ruling on the Dispositive Motion; and

(2) Within ten days after any ruling on the Dispositive Motion, the parties shall file a status report advising me of the outcome of the Dispositive Motion and of all pretrial matters, if any, which should be scheduled.

Dated March 10, 2011.

                                        BY THE COURT:

                                        s/ Boyd N. Boland
                                        United States Magistrate Judge