IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior Judge Walker D. Miller

Civil Action No. 10-cv-03140-WDM-BNB

NATHAN ANDREW LAIDLEY,
on his own behalf and on behalf of
a class of others similarly situated,

    Plaintiff,

v.

CITY AND COUNTY OF DENVER,
a Colorado municipal corporation,

    Defendant.

## ORDER

Miller, J.

This case is before me on the Motion to Dismiss, or in the Alternative, for Summary Judgment, filed January 31, 2011, by defendant City and County of Denver (Denver) (ECF No. 9). Denver attached to its motion the record of plaintiff Nathan Laidley's (Laidley) guilty plea to driving a motor vehicle without a valid driver's license. Pursuant to Fed. R. Civ. P. 12(d), which requires that I treat a motion to dismiss as one for summary judgment where "matters outside the pleadings are presented to and not excluded by the court," I will address Denver's motion under the standards of Rule 56.[1] Although I note that Laidley does not object to my consideration of Denver's evidence of his guilty plea, Response at 1, n.1 (ECF No. 15), Rule 12(d) mandates that I provide the parties the opportunity to

---

[1] Conversion to a motion for summary judgment applies only to the extent the motion to dismiss is presented under Rule 12(b)(6). I note that Denver also moves to dismiss under Rule 12(b)(1).

present all material pertinent to the motion.

Accordingly, it is ORDERED:

1. Defendant's Motion is considered as a motion for summary judgment.

2. On or before May 20, 2011, the parties may supplement their positions on the motion for summary judgment with all material pertinent to the motion or inform the court that no such additional evidence is necessary to my resolution of the motion.

DATED at Denver, Colorado, on May 11, 2011.

BY THE COURT:

s/ Walker D. Miller
United States District Judge